Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Jose V Penaflor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOSE V PENAFLOR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:09-cv-01323 SMS<br><br>STIPULATION FOR DISMISSAL ;<br><br>0RDER |

　　　TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　　IT IS HEREBY STIPULATED by and between Jose V Penaflor ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: April 8, 2010         Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                      /s/ Denise Bourgeois Haley
BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Jose V Penaflor

DATED: April 6, 2010        BENJAMIN B. WAGNER
                                 United States Attorney

                                         /s/ DPT
                                 _____
                                 Daniel P. Talbert
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant Michael J. Astrue,
                                 Commissioner of Social Security
                                 (Per e-mail authorization 04/06/2010)

PDF created with pdfFactory trial version www.pdffactory.com

Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Jose V Penaflor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| JOSE V PENAFLOR, | Case No.: 1:09-cv-01323 SMS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   4/12/2010

                                                                /s/ Sandra M. Snyder
                                  THE HONORABLE SANDRA M. SNYDER
                                  UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

DATE: April 1, 2010            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING
BY: /s/ Denise Bourgeois Haley
Denise Bourgeois Haley
Attorney for plaintiff Jose V Penaflor

-4-

PDF created with pdfFactory trial version www.pdffactory.com